1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    ROBERT HENRY FISHER,                    No. 2:15-CV-2447-TLN-CMK-P

12              Petitioner,

13        vs.                                 ORDER

14    PEOPLE OF PLACER COUNTY,

15              Respondent.

16    _____/

17              Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of

18    habeas corpus pursuant to 28 U.S.C. § 2254.  On January 12, 2016, the court dismissed

19    petitioner's petition and directed petitioner to file an amended petition within 30 days naming the

20    proper respondent.  Petitioner was warned that failure to comply may result in dismissal of this

21    action.  See Local Rule 110.  As of February 22, 2016, petitioner had not complied.  Specifically,

22    petitioner filed an amended petition which continues to name individuals over whom this court

23    does not have jurisdiction in a proceeding under § 2254.  On February 22, 2016, the court issued

24    findings and recommendations that this action be dismissed.

25    / / /

26    / / /

1

1   In petitioner's objections to the court's findings and recommendations, petitioner

2   seeks an extension of the original deadline within which to file an amended petition.  Good cause

3   appearing therefor, the February 22, 2016, findings and recommendations will be vacated and

4   petitioner will be granted an extension of time.

5   Accordingly, IT IS HEREBY ORDERED that:

6   1.   The findings and recommendations issued on February 22, 2016, are

7   vacated; and

8   2.   Petitioner shall file an amended petition within 30 days of the date of this

9   order.

10

11   DATED:  June 23, 2016

12

13   CRAIG M. KELLISON
    UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26